UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
BANK OF AMERICA, N.A.

**Order Filed on January 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Edison M. Dizon Jr., Roselaine O. Dizon

Debtors.

Case No.: 18-12203 CMG

Adv. No.:

Hearing Date: 1/15/2020 @ 10:00 a.m..

Judge: Christine M. Gravelle

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 28, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Edison M. Dizon Jr., Roselaine O. Dizon
Case No:  18-12203 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, BANK OF AMERICA, N.A., Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1 Madison Street, Somerville, NJ, 08876, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Bruce C. Truesdale, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 16, 2020, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2018 through January 2020 for a total post-petition default of $49,754.90 (19 @ $2,163.18, 4 @ $2,163.62); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $49,754.90 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor shall file a modified plan within twenty days of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2020, directly to Secured Creditor's servicer, Bank of America, N.A. P.O. Box 660933, Dallas, TX 75266 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Edison M Dizon, Jr.  
Roselaine O Dizon  
      Debtors

Case No. 18-12203-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 28, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.  
db/jdb        #+Edison M Dizon, Jr.,   Roselaine O Dizon,   1 Madison St.,   Somerville, NJ 08876-2615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:  
      Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Albert  Russo   docs@russotrustee.com  
      Bruce C. Truesdale   on behalf of Joint Debtor Roselaine O Dizon brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
      Bruce C. Truesdale   on behalf of Debtor Edison M Dizon, Jr. brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
      Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 7