Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−12203−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edison M Dizon Jr.
1 Madison St.
Somerville, NJ 08876

Roselaine O Dizon
1 Madison St.
Somerville, NJ 08876

Social Security No.:
xxx−xx−8049

xxx−xx−9465

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 13, 2018.

On May 14, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:       June 17, 2020
Time:       10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 15, 2020
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-12203-CMG
Edison M Dizon, Jr.                                                   Chapter 13
Roselaine O Dizon
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 15, 2020
                              Form ID: 185             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
```
db              #+Edison M Dizon, Jr.,    1 Madison St.,    Somerville, NJ 08876-2615
jdb             #+Roselaine O Dizon,    1 Madison St.,    Somerville, NJ 08876-2615
517315440       +AllianceOne Receivables Managment, Inc.,    6565 Kimball Drive,    Suite 200,
                  Gig Harbor, WA 98335-1206
517315441       +American Home Shield,    PO Box 849,    Carroll, IA 51401-0849
517315442       +Attorney General of the United States,    Department of Justice,
                  Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517826930       +Bank of America,    16001 N Dallas Pkwy,    Addison TX 75001-3311
517315443       +Bank of America,    PO Box 962238,    El Paso, TX 79996
517450049        CACH, LLC its successors and assigns as assignee,    of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517315446       +CBA collection Bureau,    25954 Eden Landing Road,    Hayward, CA 94545-3837
517412187        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517315447       +Collection Bureau of America,    25954 Eden Landing Rd,,    Hayward, CA 94545-3837
517315450       +Dynamic Recovery Solutions,    Po Box 25759,    Greenville, SC 29616-0759
517315451        First Bankcard,    PO Box 3331,    Omaha, NE 68103-0331
517315454        IC System Inc,    444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
517826931       +KML Law Group PC,    216 Haddon Ave,    Collingswood NJ 08108-1120
517315458        Lawn Dr Bridgewater,    c/o Bureau of Accounts Control,    3601 Route 9 N,
                  Howell, NJ 07731-3395
517493392       +Mid Jersey Endodontic Group,    Att: Jerome O'Brien,    POB 505,    West Caldwell, NJ 07007-0505
517315463       +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
517315464       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
517315465        Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                  One Newark Center, Suite 1500,    Newark, NJ 07102-5224
517315467        Phillips & Cohen ASsociates, Ltd.,    PO Box 5790,    Hauppauge, NY 11788-0164
517315469       +Professional Account Management, LLC,    PO Box 3032,    Milwaukee, WI 53201-3032
517315470       +QCS,    PO Box 4699,    Petaluma, CA 94955-4699
517315471       +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517315472       +Rickart Collection Systems, Inc,    575 Milltown Road,    PO Box 7242,
                  North Brunswick, NJ 08902-7242
517315473       +Schlee & Stillman, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
517315474       +Stillman Law Office, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
517315475       +Thrift Investment,    P.O. Box 538,    Fords, NJ 08863-0538
517315476       +Unifund CCR LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:51:59     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517337504        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 15 2020 22:51:32
                  Americredit Financial Services, Inc.,    dba GM Financial,    PO Box 183853,
                  Arlington, TX 76096
517315439        E-mail/Text: aacbankruptcynotice@affiliated.org May 15 2020 22:52:18
                  Affiliated Acceptance Corporation,    PO Box 790001,    Sunrise Beach, MO 65079-9001
517315444       +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:38     Cach LLC,
                  c/o Resurgent Capital Services,    PO Box 1269,    Greenville, SC 29602-1269
517315445        E-mail/Text: cms-bk@cms-collect.com May 15 2020 22:51:35     Capital Management Services, LP,
                  698 1/2 SOuth Ogden Street,    Buffalo, NY 14206-2317
517315448       +E-mail/Text: ering@cbhv.com May 15 2020 22:51:54     Collection Bureau of the Hudson Valley,
                  PO Box 3495,    Toledo, OH 43607-0495
517315453       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 15 2020 22:51:32     GM Financial,
                  PO Box 181145,    Arlington, TX 76096-1145
517315449        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 15 2020 22:51:25     District Director of the IRS,
                  955 S. Springfield Avenue,    Springfield, NJ 07081
517315456        E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2020 22:52:08     Jefferson Capital Systems,
                  16 Mcleland Road,    Saint Cloud, MN 56303
517315457       +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:16     Kohls/Capone,    PO Box 3115,
                  Milwaukee, WI 53201-3115
517450052        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 15 2020 22:58:39     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517315460       +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 15 2020 22:57:59     Merrick Bank Corp,
                  10705 S Jordan Gtwy,    Suite 200,    South Jordan, UT 84095-3977
517315461       +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58     Midland Funding,
                  2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517369217       +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58     Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517315462       +E-mail/Text: bankruptcy@ncaks.com May 15 2020 22:51:09     National Credit Adjusters,
                  PO Box 3023,    327 W 4th Street,    Hutchinson, KS 67501-4842
517333554        E-mail/PDF: cbp@onemainfinancial.com May 15 2020 22:58:05     ONEMAIN,    PO BOX 3251,
                  EVANSVILLE, IN. 47731-3251
```

```
District/off: 0312-3            User: admin             Page 2 of 2              Date Rcvd: May 15, 2020
                                Form ID: 185            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517315466      +E-mail/PDF: cbp@onemainfinancial.com May 15 2020 22:57:21      OneMain Financial*,
                 Bankruptcy Dept,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
517315468       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
517404807       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (USA), N.A.,    POB 41067,
                 Norfolk VA 23541
517405401       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517405402       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517315477      +E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:51:59      United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
517446892      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:10:00      Verizon,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517441422       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:09:35      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517460352*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington,TX 76096)
517315455*     +Internal Revenue Service*,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517315452     ##+First Step Group, LLC,    6300 Shingle Creek Parkway,    Suite 220,   Minneapolis, MN 55430-2162
517315459     ##+MCCS,   761 Middle Country Road Suite 5,    Selden, NY 11784-2550
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Roselaine O Dizon brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Edison M Dizon, Jr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```