**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security  **0** Assumption of Executory Contract or Unexpired Lease  **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **Edison M Dizon, Jr.**
       **Roselaine O Dizon**

Case No..:  **18-12203**
Judge:  **Christine M. Gravelle**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date:  **May 12, 2020**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES  ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES  ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES  ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

| Initial Debtor(s)' Attorney | **BCT** | Initial Debtor: | **EMD** | Initial Co-Debtor | **ROD** |

## Part 1: Payment and Length of Plan

a. The debtor have paid to date **35,870.00** and shall pay **1,342.00 Monthly** to the Chapter 13 Trustee, starting on **6/1/2020** for approximately **33** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
 ☑ Future Earnings
 ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
 ☐ Sale of real property
 Description:
 Proposed date for completion:

 ☐ Refinance of real property:
 Description:
 Proposed date for completion:

 ☐ Loan modification with respect to mortgage encumbering property:
 Description:
 Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Albert Russo** | **Administrative** | **per statute** |
| **Bruce C. Truesdale** | **Attorney Fees** | **2,000.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
 Check one:
 ☑ None
 ☐ The allowed priority claims listed below are based on a domestic support obligation that has been

2

| | | | |
|---|---|---|---|
| assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4): | | | |
| Creditor | Type of Priority | Claim Amount | Amount to be Paid |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America, N.A. | 1 Madison Street, Somerville, New Jersey 08876 | 50,285.90 (post-petition, per 1/28/2020 Court Order) | 0.00% | 50,285.90 | Per mortgage note |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Thrift Investment*** |

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Internal Revenue Service*** | **Personal Property** | **4,470.73** |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $___ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions    X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).  ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:  Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

    **d. Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| **Part 9: Modification** | **NONE** |
|---|---|
| If this Plan modifies a Plan previously filed in this case, complete the information below. Date of Plan being modified: **February 2018**. | |
| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
| **May 2020** Court Order entered on 1/28/2020 curing post petition mortgage arrears through the plan | **May 2020** Part 4 amended to include cure per Court Order. |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ☒ No

**Part 10 : Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **May 12, 2020**          /s/ **Edison M Dizon, Jr.**
                                 **Edison M Dizon, Jr.**
                                 Debtor

Date: **May 12, 2020**          /s/ **Roselaine O Dizon**
                                 **Roselaine O Dizon**
                                 Joint Debtor

Date  **May 12, 2020**          /s/ **Bruce C. Truesdale**
                                 **Bruce C. Truesdale**
                                 Attorney for the Debtor(s)

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                    Case No. 18-12203-CMG
     Edison M Dizon, Jr.                                                  Chapter 13
     Roselaine O Dizon
            Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                 Page 1 of 2                  Date Rcvd: May 15, 2020
                                  Form ID: pdf901             Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db             #+Edison M Dizon, Jr.,    1 Madison St.,   Somerville, NJ 08876-2615
jdb            #+Roselaine O Dizon,    1 Madison St.,   Somerville, NJ 08876-2615
517315440       +AllianceOne Receivables Managment, Inc.,    6565 Kimball Drive,    Suite 200,
                  Gig Harbor, WA 98335-1206
517315441       +American Home Shield,    PO Box 849,   Carroll, IA 51401-0849
517315442       +Attorney General of the United States,    Department of Justice,
                  Constitution Ave and 10th St. NW,   Washington, DC 20530-0001
517826930       +Bank of America,    16001 N Dallas Pkwy,   Addison TX 75001-3311
517315443       +Bank of America,    PO Box 962238,   El Paso, TX 79996
517450049        CACH, LLC its successors and assigns as assignee,    of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517315446       +CBA collection Bureau,    25954 Eden Landing Road,   Hayward, CA 94545-3837
517412187        Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517315447       +Collection Bureau of America,    25954 Eden Landing Rd,,    Hayward, CA 94545-3837
517315450       +Dynamic Recovery Solutions,    Po Box 25759,   Greenville, SC 29616-0759
517315451        First Bankcard,    PO Box 3331,   Omaha, NE 68103-0331
517315454        IC System Inc,    444 Highway 96 East,   PO Box 64378,    Saint Paul, MN 55164-0378
517826931       +KML Law Group PC,    216 Haddon Ave,   Collingswood NJ 08108-1120
517315458        Lawn Dr Bridgewater,    c/o Bureau of Accounts Control,    3601 Route 9 N,
                  Howell, NJ 07731-3395
517493392       +Mid Jersey Endodontic Group,    Att: Jerome O'Brien,    POB 505,    West Caldwell, NJ 07007-0505
517315463       +NCB Management Services,    PO Box 1099,   Langhorne, PA 19047-6099
517315464       +Northland Group Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
517315465        Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                  One Newark Center, Suite 1500,    Newark, NJ 07102-5224
517315467        Phillips & Cohen ASsociates, Ltd.,    PO Box 5790,   Hauppauge, NY 11788-0164
517315469       +Professional Account Management, LLC,    PO Box 3032,   Milwaukee, WI 53201-3032
517315470       +QCS,   PO Box 4699,   Petaluma, CA 94955-4699
517315471       +Remex Inc,    307 Wall Street,   Princeton, NJ 08540-1515
517315472       +Rickart Collection Systems, Inc,    575 Milltown Road,    PO Box 7242,
                  North Brunswick, NJ 08902-7242
517315473       +Schlee & Stillman, LLC,    50 Tower Office Park,   Woburn, MA 01801-2113
517315474       +Stillman Law Office, LLC,    50 Tower Office Park,   Woburn, MA 01801-2113
517315475       +Thrift Investment,    P.O. Box 538,   Fords, NJ 08863-0538
517315476       +Unifund CCR LLC,    10625 Techwoods Circle,   Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:51:59      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517337504        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 15 2020 22:51:32
                  Americredit Financial Services, Inc.,    dba GM Financial,   PO Box 183853,
                  Arlington, TX 76096
517315439        E-mail/Text: aacbankruptcynotice@affiliated.org May 15 2020 22:52:18
                  Affiliated Acceptance Corporation,    PO Box 790001,   Sunrise Beach, MO 65079-9001
517315444       +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:58:18      Cach LLC,
                  c/o Resurgent Capital Services,    PO Box 1269,   Greenville, SC 29602-1269
517315445        E-mail/Text: cms-bk@cms-collect.com May 15 2020 22:51:35      Capital Management Services, LP,
                  698 1/2 SOuth Ogden Street,    Buffalo, NY 14206-2317
517315448       +E-mail/Text: ering@cbhv.com May 15 2020 22:51:54      Collection Bureau of the Hudson Valley,
                  PO Box 3495,   Toledo, OH 43607-0495
517315453       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 15 2020 22:51:32      GM Financial,
                  PO Box 181145,   Arlington, TX 76096-1145
517315449        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 15 2020 22:51:23      District Director of the IRS,
                  955 S. Springfield Avenue,    Springfield, NJ 07081
517315456        E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2020 22:52:07      Jefferson Capital Systems,
                  16 Mcleland Road,   Saint Cloud, MN 56303
517315457       +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:15      Kohls/Capone,    PO Box 3115,
                  Milwaukee, WI 53201-3115
517450052        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 15 2020 22:58:46      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517315460       +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 15 2020 22:57:15      Merrick Bank Corp,
                  10705 S Jordan Gtwy,   Suite 200,    South Jordan, UT 84095-3977
517315461       +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58      Midland Funding,
                  2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
517369217       +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58      Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
517315462       +E-mail/Text: bankruptcy@ncaks.com May 15 2020 22:51:09      National Credit Adjusters,
                  PO Box 3023,   327 W 4th Street,   Hutchinson, KS 67501-4842
517333554        E-mail/PDF: cbp@onemainfinancial.com May 15 2020 22:57:16      ONEMAIN,    PO BOX 3251,
                  EVANSVILLE, IN.  47731-3251
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 15, 2020
                              Form ID: pdf901          Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517315466       +E-mail/PDF: cbp@onemainfinancial.com May 15 2020 22:57:18      OneMain Financial*,
                 Bankruptcy Dept,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
517315468        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
517404807        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (USA), N.A.,    POB 41067,
                 Norfolk VA 23541
517405401        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517405402        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517315477       +E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:51:59      United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
517446892       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:09:40      Verizon,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517441422        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:10:05      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517460352*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington,TX 76096)
517315455*     +Internal Revenue Service*,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517315452      ##+First Step Group, LLC,    6300 Shingle Creek Parkway,    Suite 220,    Minneapolis, MN 55430-2162
517315459      ##+MCCS,    761 Middle Country Road Suite 5,    Selden, NY 11784-2550
                                                                                      TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Roselaine O Dizon brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Edison M Dizon, Jr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```